**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

***STEVEN BANKS***
***Corporation Counsel***

***Eric Vetterlein***
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-5044
evetterl@law.nyc.gov

July 31, 2026

**BY E-MAIL**
Dwayne Christopher Mason
Attorney for Plaintiff
Mason Law, PLLC
11 Broadway Ste 615
New York, NY 10004
cmason@masonlawpllc.com

Re: Ivan Texler v. New York City Department of Ed., et al.,
26-cv-01186 (ENV)(PK)

Dear Judge Vitaliano:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE") and the City of New York ("City") in the above-referenced action. Defendants write, in accordance with Rule III.B of Honorable Eric N. Vitaliano's Individual Practice Rules to provide Plaintiff with a copy of Defendant's motion to dismiss. Enclosed please find copies of Defendants' (1) Notice of Motion; (2) Declaration of Eric Vetterlein in Support; (3) Defendants' Memorandum of Law in Support; (4) Exhibit A – copy of 3020-a Hearing Decision; (5) Exhibit B – copy of Plaintiff's Article 75 Petition; (6) Exhibit C – copy of DOE's Cross-Motion to Dismiss Art. 75 Petition; (7) Exhibit D – copy of Plaintiff's Art. 75 Opposition Papers; (8) Exhibit E – copy of Article 75 Decision; (9) Exhibit F – copy of Plaintiff's EEOC Charge

Respectfully Submitted,

/s/ Eric Vetterlein
Eric Vetterlein
Assistant Corporation Counsel

cc: **By ECF**
Honorable Eric N. Vitaliano
District Judge

Honorable Peggy Kuo
Magistrate Judge